UNITED STATES of America, Plaintiff–Appellee,

v.

Jimmy SCURRY, Defendant–Appellant.

No. 01–6276.

United States Court of Appeals, Fourth Circuit.

Submitted May 17, 2001.

Decided May 25, 2001.

Jimmy Scurry, pro se. Mark C. Moore, Assistant United States Attorney, Columbia, SC, for appellee.

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

PER CURIAM.

Jimmy Scurry seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court.[*] *See United States v. Scurry,* Nos. CR–95–409; CA–00–3301–19–3 (D.S.C. filed Jan. 25, 2001; entered Jan. 26, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the

[*] The district court did not have the benefit of this court's opinion in *United States v. Sand-* *ers,* 247 F.3d 139 (4th Cir.2001).